Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001031
09-APR-2015
09:18 AM

NO. CAAP-14-0001031

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOENEL SANTOS, Claimant-Appellee/Appellant,
v.
COLEMAN AMERICAN MOVING SERVICES HAWAII, INC.,
Employer-Appellant/Appellee,
and
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS AND
GALLAGHER BASSETT SERVICES, Insurance Carrier/Third Party
Administrator-Appellant/Appellee,
and
SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2112-360 (2-10-03-748))

ORDER APPROVING THE MARCH 6, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of

Appeal, filed March 6, 2015, by Employer-Appellant/Appellee

Coleman American Moving Services-Hawai'i, Inc. (Appellant), the

papers in support, and the record, it appears that (1) the

stipulation is dated and signed by counsel for all parties;

(2) the parties seek to dismiss the appeal pursuant to Hawai'i

Rules of Appellate Procedure (HRAP) Rule 42(b), which governs

dismissal of docketed appeals; (3) the appeal has not been docketed, so dismissal is authorized by HRAP Rule 42(a); and (4) the parties agree to bear their own attorney's fees and costs associated with this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 9, 2015.

Chief Judge

Associate Judge

Associate Judge